**DANIEL ALLIANCE, ESQ.**
ATTORNEY AT LAW

317 S Rexford Dr, Apt 304                                                                                  Tel: 310-461-8840
Los Angeles, CA 90212

May 3, 2018

**<u>Via ECF:</u>**
The Honorable Judge Carla E. Craig
United States Bankruptcy Court Judge

      Re:    Chapter 7 Bankruptcy Application of Dual Properties Inc.
             RE: 1-17-46815-cec

Dear Honorable Judge Carla E. Craig:

      Please accept my sincerest and deepest apologies for what had transpired in this matter. It was not my intention to waste anyone's time in this matter. Your Honor, the Court, and the Court's staff has valuable time and resources, and I specifically respect Your Honor, and all the other people who were working on this matter, and their time and resources. And for that I apologize.

      I had taken on this case and client with the hopes of gaining some knowledge and experience in the bankruptcy field with the hopes of beginning a bankruptcy practice. After filing the bankruptcy package the first time around back in May 2017, the client told me that she had changes to her mind and did not want to continue with the bankruptcy any more, so I did not continue work on this case. The client then came back to me in December 2017 and asked me to re-file the bankruptcy case because she was now ready to go forward with it. After filing the second time around, the client thereafter gave me the same story as before – that she did not want to continue with the case. It was at this point in time that I realized that something did not make sense with this client. As such, I have ceased working for this client and have no intention of doing any future work for this client. Furthermore, I am no longer pursuing opening a bankruptcy practice.

      I have moved out of New York State and live in California. I hereby attach proof of my new address in California. I respectfully request that your Honorable Judge grant permission to be heard via Court Call on the telephone regarding this matter given the distance of traveling to New York. My new telephone number is 310-461-8840.

      I do appreciate your time and consideration in accepting this heartfelt apology, and providing lenience to me in your Order given the circumstances.

Respectfully Submitted,

                                                    By: _____
                                                          Daniel Alliance, Esq.

Attachments